B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number **13−31126−hcm**

# UNITED STATES BANKRUPTCY COURT
Western District of Texas

## Order Combined With Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 7/9/13 .

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations.**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Rudolfo Molinar Jr.
709 Chelsea Street
El Paso, TX 79903

| Case Number:<br>13−31126−hcm | Last four digits of Social Security or Individual Taxpayer ID (ITIN) No(s)./Complete EIN:<br>xxx−xx−8202 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Michael R. Nevarez<br>The Law Offices of Michael R. Nevarez<br>P.O. Box 12247<br>El Paso, TX 79913<br>Telephone number: (915) 603−1882 | Bankruptcy Trustee Appointed By U.S. Trustee On 07/10/2013 (name and address) :<br>J. Marshall Miller<br>1519 Montana Avenue<br>El Paso, TX 79902<br>Telephone number: (915) 842−8201 |

## Meeting of Creditors:
Date: **August 9, 2013**                  Time: **11:00 AM**
Location: **El Paso Suite 135, The Spectrum Bldg., 8201 Lockheed, El Paso, TX 79925**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts:**
10/8/13

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>United States Bankruptcy Court<br>511 E. San Antonio Ave., Rm. 444<br>EL PASO, TX 79901<br><br>Telephone number: (915) 779−7362 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Yvette M. Taylor<br><br>*Yvette M Taylor* |
|---|---|
| Hours Open: Monday − Friday     8:00 AM − 4:00 PM | Date:    7/10/13 |

**EXPLANATIONS**          B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under §707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. At the meeting, the creditors may elect a trustee other than the one named on this notice, examine the debtor, and transact such other business as may properly come before the meeting. The meeting may be continued and concluded at a later date specified in a notice filed with the court. **FAILURE OF THE DEBTOR OR HIS ATTORNEY TO APPEAR AT THE SECTION 341(a) MEETING OR TO TIMELY FILE SCHEDULES AND STATEMENT OF AFFAIRS MAY RESULT IN DISMISSAL, DENIAL OF THE DEBTOR'S DISCHARGE, OR OTHER APPROPRIATE RELIEF.** |
| Reaffirmation Agreements | File all reaffirmation agreements with the Bankruptcy Clerk prior to the Objections to Discharge deadline. Reaffirmation Agreements may be scheduled for hearing. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) ––in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. Registered electronic users should file through our *Case Management/Electronic Case Files (CM/ECF)* Internet site (https://ecf.txwb.uscourts.gov/). You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office or via the Internet if you have a *CM/ECF PACER subscription*. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## –– Refer to Other Side for Important Deadlines and Notices ––

United States Bankruptcy Court
Western District of Texas

In re:  
Rudolfo Molinar, Jr.  
    Debtor

Case No. 13-31126-hcm  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0542-3      User: admin      Page 1 of 2      Date Rcvd: Jul 10, 2013  
                           Form ID: B9A      Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2013.
```
db         +Rudolfo Molinar, Jr.,    709 Chelsea Street,    El Paso, TX 79903-5304
tr         +J. Marshall Miller,    1519 Montana Avenue,    El Paso, TX 79902-5619
15876885   +Creditors Service Bure,    7351 Remcon Cir,    El Paso, TX 79912-1617
15876888   +GECU,    Attn: Bankruptcy,    Po Box 20998,    El Paso, TX 79998-0998
15876889   +Gvt Emp Cu,    7227 Viscount Blvd,    El Paso, TX 79925-4891
15876893   +Pinnacle Credit Service,    Po Box 640,    Hopkins, MN 55343-0640
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         E-mail/Text: MNevarez@LawOfficesMRN.com Jul 10 2013 23:26:14    Michael R. Nevarez,
             The Law Offices of Michael R. Nevarez,    P.O. Box 12247,    El Paso, TX  79913
ust         E-mail/Text: USTPRegion07.sn.bnc@usdoj.gov Jul 10 2013 23:27:34    United States Trustee - EP12,
             U.S. Trustee's Office,    615 E. Houston, Suite 533,    P.O. Box 1539,
             San Antonio, TX  78295-1539
15876881   +EDI: BECKLEE.COM Jul 10 2013 23:18:00    American Express,    Po Box 3001,
             16 General Warren Blvd,    Malvern, PA 19355-1245
15876882   +EDI: BANKAMER2.COM Jul 10 2013 23:18:00    Bac/fleet-bkcard,    200 Tournament Dr,
             Horsham, PA 19044-3606
15876883   +EDI: CAPITALONE.COM Jul 10 2013 23:18:00    Capital One Na,    Attn: Bankruptcy,    Po Box 30285,
             Salt Lake City, UT 84130-0285
15876884   +EDI: WFNNB.COM Jul 10 2013 23:18:00    Comenity Bank/Dress Barn,    Attention: Bankruptcy,
             P.O. Box 182686,    Columbus, OH 43218-2686
15876886   +EDI: RMSC.COM Jul 10 2013 23:18:00    GECRB/ Dillards,    Attn: Bankruptcy,    Po Box 103104,
             Roswell, GA 30076-9104
15876887   +EDI: RMSC.COM Jul 10 2013 23:18:00    GECRB/JC Penny,    Attention: Bankruptcy,    Po Box 103104,
             Roswell, GA 30076-9104
15876890   +EDI: HFC.COM Jul 10 2013 23:18:00    Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
15876891   +EDI: CBSKOHLS.COM Jul 10 2013 23:18:00    Kohls/capone,    N56 W 17000 Ridgewood Dr,
             Menomonee Falls, WI 53051-7096
15876892   +EDI: MID8.COM Jul 10 2013 23:18:00    Midland Funding,    8875 Aero Dr Ste 200,
             San Diego, CA 92123-2255
15876894   +EDI: SEARS.COM Jul 10 2013 23:18:00    Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
                                                                                             TOTAL: 12
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 12, 2013**                **Signature:** _Joseph Speetjens_

```
District/off: 0542-3          User: admin              Page 2 of 2              Date Rcvd: Jul 10, 2013
                              Form ID: B9A             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2013 at the address(es) listed below:
NONE.                                                                                                  TOTAL: 0